| | |
|---|---|
| 1 | STROOCK & STROOCK & LAVAN LLP |
|   | LISA M. SIMONETTI (State Bar No. 165996) |
| 2 | MARCOS D. SASSO  (State Bar No. 228905) |
|   | 2029 Century Park East |
| 3 | Los Angeles, CA  90067-3086 |
|   | Telephone: 310-556-5800 |
| 4 | Facsimile: 310-556-5959 |
|   | Email:  lacalendar@stroock.com |
| 5 | |
|   | Attorneys for Defendant |
| 6 |   CITIBANK, FSB. |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL NGUYEN, an individual, | Case No. SACV08-01053 AG (MLGx) |
| Plaintiff, | [Assigned to the Hon. Andrew Guilford] |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| CITIBANK FSB, a Federal Savings Bank; EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation; and DOES 1 through 100, inclusive, | Complaint Filed:  August 14, 2008<br>Trial Date:  None Set |
| Defendants. | |

LA 51089586v1

NOTICE OF DISMISSAL WITH PREJUDICE

TO THE CLERK, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), and pursuant to a settlement reached between plaintiff Paul Nguyen ("Plaintiff") and defendant Citibank, FSB ("Citibank"), Plaintiff hereby dismisses this action as against Citibank with prejudice.

Dated: October 6, 2008

PAUL NGUYEN

By: /s/ Paul Nguyen

Plaintiff Pro Se

Dated: October 6, 2008

STROOCK & STROOCK & LAVAN LLP
LISA M. SIMONETTI
MARCOS D. SASSO

By: /s/ Marcos D. Sasso

Attorneys for Defendant
CITIBANK FSB

## PROOF OF SERVICE

STATE OF CALIFORNIA    )
                      ) ss
COUNTY OF SAN FRANCISCO )

    I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 2029 Century Park East, Suite 1800, Los Angeles, California 90067-3086.

    On October 7, 2008, I served the foregoing document(s) described as: **NOTICE OF DISMISSAL WITH PREJUDICE** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

☐ **(VIA PERSONAL SERVICE)** By personally delivering the document(s) listed above to the person(s) at the address(es) set forth above.

☒ **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth below.

☐ **(VIA FACSIMILE)** By causing such document to be delivered to the office of the addressee via facsimile.

☐ **(VIA OVERNIGHT DELIVERY)** By causing such envelope to be delivered to the office of the addressee(s) at the address(es) set forth above by overnight delivery via Federal Express or by a similar overnight delivery service.

    I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed on October 7, 2008 at Los Angeles, California.

| Lori A. Reed | [Signature] |
|---|---|
| [Type or Print Name] | [Signature] |

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086

LA 51085735v1

## SERVICE LIST

Paul Nguyen
9353 Bolsa Avenue, Ste L4
Westminster, California 92683

Angela M. Taylor
Roya N. Graziano
JONES DAY
3 Park Plaza
Suite 1100
Irvine, California  92614

LA 51085735v1